JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD SAFARYAN,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 5:26-cv-03845-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying the Petition, IT IS ADJUDGED that the Petition is denied.

DATED: July 21, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE